CITY OF NEW YORK, Respondent, *v.* LOUIS COHEN, Appellant.

(Argued June 2, 1932; decided June 21, 1932.)

*Leo Guzik* and *Horace London* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly* and *Arthur H. Kerns* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.